```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**MARIA M. THOMPSON,**

       **Plaintiff,**

  vs.                               **Civil Action 2:15-cv-2512**
                                       **Judge Frost**
                                       **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

Upon joint motion of the parties, *Joint Motion to Remand*, ECF No. 15, the decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.


                                                         <u>/S/    GREGORY L. FROST</u>
                                                               Gregory L. Frost
                                                    United States District Judge